IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Carol L. Hall, | CIVIL NO. 3:11-3219-CMC |
| v. | **OPINION and ORDER** |
| Timothy Champayne, | |
| Defendant. | |

This matter is before the court on Plaintiff's motion for "photocopies of all requests made, or paperwork for completion, from your Office in the past year (or two)." Mot. at 1 (ECF No. 32, filed Nov. 2, 2012).

Longstanding circuit precedent provides that an individual who requests free copies of records in his or her case, whether it is a state or federal case, must show a particularized need for such records. *See Jones v. Superintendent, Virginia State Farm*, 460 F.2d 150, 152-53 (4th Cir. 1972); *United States v. Glass*, 317 F.2d 200, 202 (4th Cir. 1963). Plaintiff has failed to make this showing.

Plaintiff's motion for free copies of material filed in this matter is **denied**.[1]

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
November 9, 2012

---

[1] Copies of filings in this case may obtained from the Clerk of Court at $.50/per page. Plaintiff should contact the Clerk at 901 Richland Street, Columbia, South Carolina 29201.

1